AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

\`\`                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
GONZALO RODRIGUEZ-GUAJARDO,
        Defendant.

**APPEARANCE**

Case Number:   08MJ2199

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GONZALO RODRIGUEZ-GUAJARDO

I certify that I am admitted to practice in this court.

7/23/2008
Date

/s/ JOSEPH McMULLEN
Signature

Joseph McMullen / Federal Defenders of SD    246757
Print Name                                    Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City            State            Zip Code

(619) 234-8467          (619) 687-2666
Phone Number            Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: July 23, 2008                    /s/ Joseph McMullen
                                        JOSEPH McMULLEN
                                        Federal Defenders of San Diego, Inc.
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        e-mail: Joseph_McMullen@fd.org