```
 1  KERRY STEIGERWALT'S PACIFIC LAW CENTER
    Daniel M. Smith      SBN 149334
 2  333 H Street, Suite 5040
    Chula Vista, CA 91910
 3  619-565-2737
 4
 5  Attorney for Defendant GONZALO RODRIGUEZ-GUAJARDO
```

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GONZALO RODRIGUEZ-GUAJARDO,<br><br>    Defendant. | Case No: 08-MJ-2199-LSP-1<br><br>**Substitution of Attorney** |

The defendant, **GONZALO RODRIGUEZ-GUAJARDO**, hereby substitutes DANIEL M. SMITH as his attorney of record in the case on file herein. We hereby request that the defendant's current attorney of record, Federal Defender Joseph Mark McMullen, is relieved of any and all responsibility for the defendant's representation, including trial and appeal.

**I consent to the Substitution**

Dated: 8/13/08

_____
Gonzalo Rodriguez-Guajardo
Defendant

1
**Substitution of Attorney**

| | |
|---|---|
| 1 | |
| 2 | **I consent to the substitution.** |
| 3 | Dated: 8/14/08 |
| | |
| | _____ |
| | Joseph Mark McMullen |
| | Former Federal Defender |

**I consent to the Substitution.**

Dated: 8/13/08

_____
Daniel M. Smith
New Attorney

**IT IS SO ORDERED.**

Dated: 8/13/08

_____
Judge of the US District Court

Substitution of Attorney